## Commonwealth *v.* Langnes, Appellant.
## Commonwealth *v.* Ganss, Appellant.

Submitted November 13, 1970. *Herbert F. Langnes,* appellant, in propria

persona; *Charles C. Ganss,* appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.